NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: VIZIO, INC.,**
*Appellant*

---

2024-1295

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88789460.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                      IN RE: VIZIO, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 8, 2024                                   Jarrett B. Perlow
      Date                                        Clerk of Court

**ISSUED AS A MANDATE:** April 8, 2024